AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
APR 10 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Samantha L. Rivera | )  Case No.  4:17 MJ 107 DDN |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 16, 2017__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 1028A(a)(1) | Aggravated Identity Theft |
| Title 18, USC, Section 1347 | Health Care Fraud |
| Title 18, USC, Section 1035 | False Statements Concerning a Health Care Matter |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
Complainant's signature

Stacey Jordan, Special Agent, HHS/OIG
Printed name and title

Sworn to before me and signed in my presence.

Date: __April 10, 2017__

_____
Judge's signature

City and state: __St. Louis, Missouri__   Honorable David D. Noce, U.S. Magistrate Judge
Printed name and title