UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-cr-00208-HEA-NAB ) |
| SAMANTHA L. RIVERA, | ) ) |
| Defendant. | ) ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Dorothy L. McMurtry, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

There is a serious risk that the defendant will flee.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney

 /s/  Dorothy L. McMurtry
DOROTHY L. McMURTRY, #37727MO
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri  63102
314-539-2200