IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CR-208  HEA |
| | ) |
| SAMANTHA RIVERA | ) |
| | ) |
| Defendant. | ) |

## MOTION TO ALLOW DEFENDANT TO MOVE TO A NEW, APPROVED HOME PLAN

Comes now Defendant Samantha Rivera, through counsel, and hereby respectfully moves for this Court's order amending or supplementing the conditions of her pretrial release to allow her to move to her new home plan. Counsel's information is that this new home plan has been approved by the pretrial service office, and her pretrial officers in both St. Louis and Chicago have no objection to the move. The new address has been provided to the Court, pretrial services, and the Assistant United States Attorney handling this case via e-mail to protect Ms. Rivera's privacy.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dorothy McMurtry, Assistant United States Attorney.

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender