IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CR-208  HEA |
| | ) |
| SAMANTHA RIVERA | ) |
| | ) |
|       Defendant. | ) |

## MOTION TO PARTICIPATE IN WAIVER HEARING VIA TELEPHONE

Comes now Defendant SAMANTHA RIVERA, through counsel Assistant Federal Public Defendant Charles Banks, and respectfully requests to participate in the waiver hearing scheduled for September 13, 2017 at 10:00 a.m. via telephone, rather than in person, because Ms. Rivera is living in Chicago, Illinois while on pretrial release.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dorothy McMurtry, Assistant United States Attorney.


/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender