IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CR-208 HEA |
| ) | |
| SAMANTHA RIVERA ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WAIVER OF APPEARANCE

Comes now Defendant SAMANTHA RIVERA, through undersigned counsel Assistant Federal Public Defender Charles Banks, and hereby waives her appearance at the Motion Status Hearing scheduled for September 13, 2017 at 10:00 a.m. in this cause. Counsel has conferred with Ms. Rivera via telephone, and she does not wish to make a personal appearance for the Motion Status Hearing. Ms. Rivera understands her right to appear personally and waives such appearance.

WHEREFORE, counsel hereby provides notice of Ms. Rivera's intent and desire to waive her right to personally appear at the Motion Status Hearing, and counsel further respectfully moves this honorable Court to grant defendant's *Motion to Participate in Waiver Hearing Via Telephone* (Document #49).

_____
SAMANTHA RIVERA

DATED this 7 day of September, 2017

Respectfully submitted,

/s/Charles J. Banks

CHARLES J. BANKS
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dorothy McMurtry, Assistant United States Attorney.

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender