IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CR-208  HEA ) |
| SAMANTHA RIVERA | ) ) |
| Defendant. | ) ) |

**<u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING</u>**

Defendant Samantha Rivera, through counsel, moves this Court to continue her sentencing hearing for 28 days beyond its current setting of January 17, 2018. In support, Ms. Rivera states the following:

1. Defense counsel needs more time to complete investigation into matters material to the 18 USC § 3553 (a) factors.

    a. Defense investigators have procured records related to the facts underlying the charge and Ms. Rivera's mental health struggles and childhood trauma.

    b. However, more time is needed to complete same.

    c. Ms. Rivera's mental health is likely material to the sentencing decision in this case.

2. Sentencing is now scheduled for January 17, 2018.

3. Defense counsel has discussed this motion with the Assistant United States Attorney handling this case, and she has no objection.

4. Ms. Rivera expressly consents to this request for continuance. She is released on pretrial supervision, and continues to comply with all conditions of her release.

5. This request is made in good faith, for the protection of Ms. Rivera's rights under the 5th and 6th Amendments to the United States Constitution and the ends of justice. It is not submitted to vex or harass the Court or any party.

WHEREFORE Mr. Rivera respectfully requests this Court's order continuing the sentencing hearing in this case 28 days beyond its current setting of January 17, 2018.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dorothy McMurtry, Assistant United States Attorney.

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender