IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CR-208  HEA ) |
| SAMANTHA RIVERA | ) ) |
| Defendant. | ) ) |

**MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL**

Defendant, through counsel, respectfully moves for leave to file *Samantha Rivera's Sentencing Memorandum & Request for Variance* under seal because it contains confidential victim and mental health information that is not appropriate for public access.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dorothy McMurtry, Assistant United States Attorney.


                                        /s/Charles J. Banks  
                                        CHARLES J. BANKS  
                                        Assistant Federal Public Defender