

Office of Undergraduate Admission
7400 Augusta Street
River Forest Illinois 60305-1499
708-209-3100

1864        fax 708-209-3473 www.CUChicago.edu

February 14, 2018

Samantha Rivera

Dear Samantha,

 On behalf of the Office of Student Services, I am pleased to let you know you have been admitted to Concordia University Chicago for the summer semester! At Concordia, you can fulfill your academic needs while also having many opportunities to work personal and spiritual development. Your life outside of the classroom is Just as important in providing you as part of the educational experience.  The Office of Student Servcs Promises to serve and engage you with opportunities that stimulate studnt development.

Once again, most sincere congratulations!

Sincerely,         {Dr

*Gwen E. Kanelos*

Gwen E. Kanelos
Asst. Vice President for Enrollment